Henry C. Pierce, Appellant, v. J. A. Reddish, Respondent.— Judgment of the County

Court of Steuben county affirmed, with costs.